DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. JONES

No. 102P87.

Case below: 84 N.C. App. 458.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

STATE v. MCRAE

No. 207P87.

Case below: 85 N.C. App. 270.

Petition by defendant (McRae) for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

STATE v. MOORE

No. 117P87.

Case below: 84 N.C. App. 313.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

STATE v. NICHOLSON

No. 249P87.

Case below: 85 N.C. App. 539.

Petition by defendant for temporary stay allowed 20 May 1987.

STATE v. PERRY

No. 110P87.

Case below: 84 N.C. App. 309.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 June 1987.